# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

07cv6375
JUDGE GUZMAN
MAG. JUDGE KEYS

**Plaintiff(s):** United States of America ex rel. THEODORE LUCZAK

**Defendant(s):** TERRY MCCANN

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**
Theodore Luczak
B-00780
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**FILED NOV X 9 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham  **Date:** 11/09/2007

Guzman  01 C 9352
Keys