

FILED
NOV 0 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Theodore Luczak
Plaintiff

v.

Terry McCann
Defendant(s)

07cv6375
JUDGE GUZMAN
MAG. JUDGE KEYS

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Theodore Luczak**, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?　☒Yes　☐No　(If "No," go to Question 2)
    I.D. # **B-00780**　Name of prison or jail: **Stateville**
    Do you receive any payment from the institution? ☒Yes ☐No　Monthly amount: **$10.**

2.  Are you currently employed?　☐Yes　☒No
    Monthly salary or wages:_____
    Name and address of employer:_____

    a.  If the answer is "No":
        Date of last employment:_____
        Monthly salary or wages:_____
        Name and address of last employer:_____

    b.  Are you married?　☐Yes　☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages　　　　　　　　　　　　　　　　　　　☐Yes　☒No
        Amount_____　Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes   ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

CERTIFICATE

( TO BE COMPLETED FOR PRISONERS ONLY.  THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER)

    I hereby certify that the plaintiff or petitioner in this action has the sum of $ __-433.23__ in his trust fund account at this correctional center where is confined.  I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:_____

_____

_____

_____

                                          __T-C__
                                          Authorized Officer

                                          __Stateville CC__
                                          Institution

                                          __Accountant Supervisor__
                                          Title

                                          __11-6-07__
                                          Date


IMPORTANT:

    THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

# Stateville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 05/01/2007 thru End;   Inmate: B00780;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** B00780 Luczak, Theodore   **Housing Unit:** STA-X -UW-06

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | -314.91 |
| 05/07/07 | Payroll | 20 Payroll Adjustment | 1271148 | | P/R month of 04/2007 | 4.08 | -310.83 |
| 06/13/07 | Payroll | 20 Payroll Adjustment | 1641148 | | P/R month of 05/2007 | 2.38 | -308.45 |
| 07/10/07 | Payroll | 20 Payroll Adjustment | 1911148 | | P/R month of 06/2007 | 10.00 | |
| 08/08/07 | Payroll | 20 Payroll Adjustment | 2201148 | | P/R month | | |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 2561148 | | P/R month of 08/2007 | 3.40 | |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282190 | | P/R month of 09/2007 | 4.22 | -280.83 |

|  |  |
|---|---|
| Total Inmate Funds: | -280.83 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 152.40 |
| Funds Available: | -433.23 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 08/29/2006 | C957 | Disb | Library | 2 DOC: 523 Fund Library | $33.20 |
| 09/07/2006 | C1253 | Disb | Library | 2 DOC: 523 Fund Library | $24.35 |
| 09/20/2006 | C1530 | Disb | Library | 2 DOC: 523 Fund Library | $2.10 |
| 10/19/2006 | C2971 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 12/26/2006 | 10808 | Disb | Library copies | 2 DOC: 523 Fund Library | |
| 12/26/2006 | 10853 | Disb | Library copies | 2 DOC: 523 Fund Library | $0.75 |
| 01/10/2007 | C5912 | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| 01/10/2007 | C5958 | Disb | Library | 2 DOC: 523 Fund Library | $3.50 |
| 01/24/2007 | C7300 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 01/24/2007 | C7437 | Disb | Library | 2 DOC: 523 Fund Library | $0.50 |
| 01/24/2007 | C7458 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 01/24/2007 | C7461 | Disb | Library | 2 DOC: 523 Fund Library | $0.45 |
| 02/07/2007 | C7833 | Disb | Library | 2 DOC: 523 Fund Library | $0.15 |
| 03/01/2007 | C8632 | Disb | Library | 2 DOC: 523 Fund Library | $0.85 |
| 03/14/2007 | C9255 | Disb | Library | 2 DOC: 523 Fund Library | $1.15 |
| 03/16/2007 | C9457 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 03/20/2007 | W0320 010 | Disb | Library | 2 DOC: 523 Fund Library | $15.00 |
| 03/27/2007 | C9644 | Disb | Library | 99999 DOC: 523 Fund Inmate Reimburseme | $7.45 |
| 04/23/2007 | C10589 | Disb | Library | 2 DOC: 523 Fund Library | $2.80 |
| 06/12/2007 | C12567 | Disb | Library | 2 DOC: 523 Fund Library | $0.50 |
| 07/12/2007 | C0712060 | Disb | Library | 2 DOC: 523 Fund Library | $27.90 |
| 08/09/2007 | C0809251 | Disb | Library | 2 DOC: 523 Fund Library | $4.85 |
| 08/10/2007 | C0810014 | Disb | Library | 2 DOC: 523 Fund Library | $13.75 |
| 09/17/2007 | C0917048 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $9.75 |

# Stateville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 05/01/2007 thru End; Inmate: B00780; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B00780 Luczak, Theodore**                    **Housing Unit: STA-X -UW-06**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/19/2007 | C0919037 | Disb | Library | 2 DOC: 523 Fund Library | $7.90 |
| | | | | **Total Restrictions:** | **$152.40** |

Page 2

Balance Errors Only ? No

Print Restrictions ? Yes;
Include Inmate Totals ? Yes; Print

Amount
$7.90
$152.40