IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America
ex rel. Theodore Luczak
　　　　　Petitioner,

vs.

Terry McCann, Warden,
　　　　　Respondent.

Case No. 07 C 6375

Honorable
Guzman
Judge Presiding

**FILED**
JAN 1 4 2008
Jan 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

REQUEST TO TAKE
JUDICIAL NOTICE

　　Now comes petitioner, Theodore Luczak, pro-se, and respectfully moves this Honorable Court, pursuant to the required District Court rule, mandating this Court to take Judicial Notice, of the Indiana-Illinois State border.

　　In support of this request, petitioner has attached hereto, maps memorializing the location of the Indiana-Illinois State line from Google and Rand McNally (2 pages)

-1-

WHEREFORE, petitioner prays this Honorable Court to take Judicial Notice of the Indiana -- Illinois State border.

Respectfully Yours
*Theodore Luczak*
Theodore Luczak #B-00780
Petitioner pro-se.





**Click on Map to:**
  ⦿ Recenter   ◯ Zoom In   ◯ Zoom In & Recenter

 Recenter map on address

**Find it in the Road Atlas**

 **2008 Road Atlas**
• page 36, grid section A-4

**Travel Offers**
- Flights to Whiting
- Whiting Hotels
- Vacations in Whiting
- Rental Cars
- Paper Maps
- Whiting Even

Ads by Google
See Homes for Sale
Free Custom Home Listings Emails
Photos Included. No Obligation.
www.JustListed.com ...

Charlotte Real Estate
Looking For A Quality Real Estate
Company? Call Our Realtors Today.
www.BuyersSelect.com ...

Advertise on this site

Ads by Google
Real Estate Listings
Colorado Springs Relocations Home Search (MLS). No
Registration
www.BuyInCO.com ...

Advertise on this site

Sear
Sear
Now.
Color

**Web Offers**
- Schools in Whiting
- Apartments in Whiting
- Flowers in Whiting
- Real Estate in Whiting
- Home Loans in Whiting
- Hotels in Whiting
- Jobs in Whiting
- Car Rental in Whiting
- Vacations in Whiting
- Car Insurance in
- New Cars in Wh
- Personals in Wh

Please let us know of any errors or omissions you find in our driving directions and maps, especially the names of towns and st may have been unable to locate for you.