Theodore Luczak
Reg No. B-00780
Stateville Correctional Center
Route 53, Post Office Box 112
Joliet, Illinois 60434

January 14, 2008

Prisoner Correspondence
Clerk's Office
United States District Court
219 South Dearborn Street
Chicago, Illinois 60604

**FILED**
JAN 2 2 2008
Jan 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: United States of America ex rel. Theodore Luczak -vs- Terry McCann, 07C 6375

Dear Clerk:

Please find enclosed; several legal documents that I am requesting to be made part of the record in relation to my Petition To Take Judicial Notice, that I have caused to be filed on January 8, 2008, in relation to the above referenced cause of action. I did not have the required amount of copies of the enclosed documents at the time I mailed the petition, because I

1 of 2

am being denied adequate access to this facilities law library.

    I thank you for your time and cooperation in this matter.

                                Respectfully Yours,
                                *Theodore Luczak*
                                Theodore Luczak
                                #B-00780

c.c./Filed.
T.L./t.l.
x.c./encl.



Law Office of the
# COOK COUNTY PUBLIC DEFENDER
69 W. WASHINGTON • 15TH FLOOR • CHICAGO, IL 60602 • (312)603-0600 • (312)603-9860 fax

**Edwin A. Burnette • Public Defender**

December 27, 2007

CONFIDENTIAL AND PRIVILEGED LEGAL MAIL

Mr. Theodore Luczak
Reg. No. B-00780
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434

    RE: Jurisdictional Issue

Dear Mr. Luczak:

Please find the enclosed copy of Clay v. McBride, 946 F. Supp. 639 (1996). Although the court ruled against Petitioner's *habeas* claim, the court did review Petitioner's guilty plea and note that he had a potential state claim. Also, the court, citing Tredway v. Farley and Crank v. Duckworth (both enclosed) acknowledged that within the Seventh Circuit, a litigant may challenge the constitutionality of a prior conviction where he is in custody by virtue of an enhanced sentence based upon the prior conviction.

I believe that the jurisdictional issue you raised in our conversation today is material and significant. The case law cited above should support your claim. Challenging an Illinois conviction under Illinois state law, for an alleged crime that occurred in Indiana and not Illinois, should merit review by a federal court because it implicates a controversy between two states, state sovereignty and associated constitutional issues. The court should take judicial notice of the Indiana-Illinois State border. To my knowledge the border is undisputed and was established between 1816 and 1818 when the states were chartered. However, if the court is reluctant to take judicial notice of the border, an offer of proof consisting of maps memorializing the location of the Indiana-Illinois state line from Rand-McNally and Google should help (7 pages enclosed).

As for the information you requested concerning the Chicago Bar Association (CBA), the CBA does not have a list I could download and print for your records. There are two ways to obtain legal assistance from CBA affiliated lawyers. The CBA encourages people to apply at their website online for assistance. However, as you and your librarian may not have access to a computer, you may write the Chicago Bar Association at 321 S. Plymouth Court, Chicago, IL 60604.

You may also call the CBA between the hours of 9:00 a.m. and 12:00 noon, at (312) 554-2001. In addition, I know from personal experience that you may obtain a court appointed "bar attorney" at many courthouses. These bar attorneys keep office hours in various courthouses and are appointed when one is unable to afford counsel and there is a conflict of interest between government legal offices that

represent litigants who cannot afford an attorney. Also, you may contact the CBA and request a *pro bono* attorney.

Please do not hesitate to contact me if you have any other questions or concerns.

Sincerely,

MARSHA WATT
Assistant Public Defender













**Click on Map to:**
- ◉ Recenter  ○ Zoom In  ○ Zoom In & Recenter

 Recenter map on address

**Find it in the Road Atlas**

 **2008 Road Atlas**
- page 36, grid section A-4

**Travel Offers**
- Flights to Whiting
- Whiting Hotels
- Vacations in Whiting
- Rental Cars
- Paper Maps
- Whiting Even

Ads by Google
See Homes for Sale
Free Custom Home Listings Emails
Photos Included. No Obligation
www.JustListed.com ...

Charlotte Real Estate
Looking For A Quality Real Estate
Company? Call Our Realtors Today.
www.BuyersSelect.com ...

Ads by Google
Real Estate Listings
Colorado Springs Relocations Home Search (MLS). No Registration
www.BuyInCO.com ...

Sear
Sear
Now.
Color

Advertise on this site                Advertise on this site

**Web Offers**
- Schools in Whiting
- Apartments in Whiting
- Flowers in Whiting
- Real Estate in Whiting
- Home Loans in Whiting
- Hotels in Whiting
- Jobs in Whiting
- Car Rental in Whiting
- Vacations in Whiting
- Car Insurance in
- New Cars in Wh
- Personals in Wh

Please let us know of any errors or omissions you find in our driving directions and maps, especially the names of towns and st may have been unable to locate for you.