**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6375 |

Theodore Luczak, Petitioner,

v.

Warden Terry McCann, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Terry McCann, Respondent.

| |
|---|
| NAME (Type or print) |
| Garson Fischer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Garson Fischer |
| FIRM |
| Office of the Illinois Attorney General |
| STREET ADDRESS |
| 100 W. Randolph Street, 12th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286165 | 312-814-2566 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. )<br>THEODORE LUCZAK, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>)<br>TERRY McCANN, Warden, )<br>)<br>Respondent. ) | No. 07 C 6375<br><br>The Honorable<br>Ronald A. Guzman,<br>Judge Presiding. | |

## NOTICE OF ELECTRONIC FILING

     PLEASE TAKE NOTICE that on February 22, 2008, Terry McCann, through his attorney, Lisa Madigan, Attorney General of Illinois, submitted this Appearance for electronic filing and uploading to the CM/ECF system.  A copy of this document was mailed by the United States Postal Services to the following non-CM/ECF users:

Theodore Luczak, #B00780,
Stateville Correctional Center,
Route 53
P.O. Box 112
Joliet, Illinois, 60434.

                                              LISA MADIGAN
                                              Attorney General of Illinois

        By:                         /s/ Garson Fischer
                                              GARSON FISCHER
                                              Assistant Attorney General
                                              100 W. Randolph, 12th Floor
                                              Chicago, IL 60601
                                              (312) 814-2566
        E-Mail:                gfischer@atg.state.il.us
                                              Atty. Reg. #6286165