IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.  )<br>    THEODORE LUCZAK,          )<br>                                                    )<br>              Petitioner,      )<br>                                           )<br>    vs.                           )<br>                                           )<br>TERRY McCANN, Warden,          )<br>                                           )<br>              Respondent.    )  | No. 07 C 6375<br><br>The Honorable<br>Ronald A. Guzman,<br>Judge Presiding. |

---

NOTICE OF MOTION

TO:    Theodore Luczak, #B00780,
        Stateville Correctional Center,
        Route 53
        P.O. Box 112
        Joliet, Illinois, 60434.

       PLEASE TAKE NOTICE that on Tuesday, February 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Ronald A. Guzman, who sits in Courtroom 1219, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION FOR AN EXTENSION OF TIME, a copy of which is hereby served upon you.

| | |
|---|---|
| February 22, 2008 | Respectfully submitted,<br>LISA MADIGAN<br>Attorney General of Illinois<br><br>s/ Garson Fischer<br>GARSON FISCHER, Bar #: 6286165<br>Assistant Attorney General<br>100 West Randolph Street, 12th Floor<br>Chicago, Illinois 60601 |
| TELEPHONE:<br>FAX:<br>E-MAIL: | (312) 814-2566<br>(312) 814-2253<br>gfischer@atg.state.il.us |

## NOTICE OF ELECTRONIC FILING

   PLEASE TAKE NOTICE that on February 22, 2008, respondent Terry McCann, through his attorney Lisa Madigan, Attorney General of Illinois, submitted this **Notice of Motion** for electronic filing and uploading to the CM/ECF system. The undersigned attorney hereby certifies that on the same date, a copy of this document was mailed by the United States Postal Services to the following non-registered participant:


Theodore Luczak, #B00780,
Stateville Correctional Center,
Route 53
P.O. Box 112
Joliet, Illinois, 60434.

               LISA MADIGAN
               Attorney General of Illinois

  By:         /s/ Garson Fischer
               GARSON FISCHER
               Assistant Attorney General
               100 W. Randolph, 12th Floor
               Chicago, IL 60601
               (312) 814-2566
  E-Mail:       gfischer@atg.state.il.us
               Atty. Reg. #6286165