## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Theodore Luczak

                Plaintiff,

v.

                                  Case No.: 1:07–cv–06375
                                  Honorable Ronald A. Guzman

Terry McCann

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 25, 2008:

        MINUTE entry before Judge Ronald A. Guzman :MOTION by Respondent Terry McCann for extension of time to answer or otherwise plead to the above–captioned petition for writ of habeas corpus [12] is granted to and including 3/26/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.