IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 2 6 2008
FILED

| U.S. ex rel. Theodore Luczak | FEB 2 6 2008 MB |
| PETITIONER. | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| vs. | Case No. 07 C 6375 |
| Terry McCann | Honorable Ronald A. Guzman |
| RESPONDENT. | Judge Presiding |

MOTION FOR APPOINTMENT OF
COUNSEL OR AN ALTERNATIVE

    Now comes petitioner, Theodore Luczak, pro-se, respectfully moving this Honorable Court, pursuant to the authorizing Federal Rule or Statute, allowing the appointment of counsel, or in the alternative a court order affording petitioner adequate access to the facilities law library and adequate and meaningfull access to legal materials, that are essential to the drafting of his arguments to be presented to the court for review.

    In support of this motion, petitioner states as follows:

(1)    That petitioner is currently incarcerated within the Illinois Department of Corrections, at the Stateville facility, located at Route 53, Post Office Box 112, Joliet, Illinois 60434.

(2) That on November 9, 2007, the petitioner's Habeas Corpus petition was filed, and was assigned to the Honorable Ronald A. Guzman and case number 07C 6375.

(3) That on February 4, 2008, Honorable Guzman, granted petitioner leave to proceed in forma pauperis; ordering the Respondent to answer or plead within twenty days of his order.

(4) That on, or about, August 20, 2007, the petitioner filed a civil rights action in the United States District Court, Northern District of Illinois, for a violation of his right of access to courts. 07C3722.

(5) That on August 30, 2007, Honorable Matthew F. Kennelly, granted petitioner in part; leave to proceed in forma pauperis under case number 07C3722, but denied petitioner's claim for denial of access to courts; only due to three (3) prior strikes under the Prison Litigation Reform Act. (See Exhibit #1)

(6) That in the past year, the petitioner has only been allowed access to the facilities law library two (2) times, and at such times; petitioner was only afforeded the use of out dated law books.

(7) That only due to the assistance of Marsha Watt, an Assistant Public Defender, of the Cook County Public

Defender's Office; was this petitioner able to obtain the authority to support his claims now pending before this Honorable Court, and the maps to support the petitioner's request for Judicial Notice of the Indiana-Illinois State Border. (See Exhibit #2)

(8) That on, or about, February 14, 2008, petitioner filed a Memorandum in support of his motion to reconsider the order entered by Honorable Matthew F. Kennelly, in relation to petitioner's denial of access to courts; concerning case number 07C 3722. (See Exhibit #3)

(9) That without the appointment of counsel, the petitioner will essentially be further denied his constitutional rights to adequately present evidence (supporting documents) because the prison officials have denied this petitioner access to the law library, and have illegaly confiscated and destroyed most of petitioner's documents in relation to his criminal appeal, and Marsha Watt, of the Cook County Public Defenders office; is currently in the process of obtaining the documents. (See Exhibit #4) and the petitioner is in the process of settling a claim; so he may pay the filing fee of refiling his claim of denial of access to courts. (See Exhibit #5)

(10) That exhibit #3, clearly demonstrates just how effective the Respondent is; in denying the petitioner his right to adequate and meaningfull access to courts.

- 3 -

WHEREFORE, petitioner prays that this court will either appoint counsel, or in the alternative enter an order allowing petitioner access to the facilities law library, and to up-dated law books.

Dated: February 20, 2008.   /s/ Theodore Luczak
                                Theodore Luczak
                                Reg. No. B-00780

-4-