Theodore Luczak
Reg No. B-00780
Stateville Correctional Center
Route 53. Post Office Box 112
Joliet, Illinois 60434

February 20, 2008.

**FILED**
FEB 26 2008
FEB 26 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Prisoner Correspondence

Michael W. Dobbins
    Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RE: U.S. ex rel. Theodore Luczak v. Terry McCann. 07C 6375

Dear Mr. Dobbins:

    Please bring it to the attention of the court; that the prison officials have refused to provide me copies of the enclosed Motion for Appointment of Counsel; so I am unable to provide the court with the required amount of copies, and I am also unable to serve the Respondent. I am requesting that you may serve the Respondent, and please send me a stamped filed copy. Furthermore; please advise the court that I have declared a hunger strike, seeking to be provided adequate access to courts.

    I thank you for your time and consideration in this matter.

/s/ Theodore Luczak
Theodore Luczak