Theodore Luczak
Reg No. B-00780
Stateville Correctional Center
Route 53, Post Office Box 112
Joliet, Illinois 60434

February 22, 2008

*Prisoner Correspondence
Michael W. Dobbins
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

FEB 2 8 2008
FILED
FEB 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: U.S. ex real Theodore Luczak v. Terry McCann, 07C 6375

Dear Clerk,

Please find enclosed one (1) original and three (3) copies of my Motion For Appointment of Counsel, as the prison officials agreed to provide me with the copies if I ended my hunger strike.

I thank you for your time and consideration in this matter.

Respectfully Yours
Theodore Luczak
Theodore Luczak
I.D. #B-00780