IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>THEODORE LUCZAK, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| vs. | ) <br> ) | No. 07 C 6375 |
| TERRY McCANN, Warden, | ) <br> ) <br> ) | The Honorable<br>Ronald A. Guzman, |
| Respondent. | ) | Judge Presiding. |

NOTICE OF MOTION

TO:   Theodore Luczak, #B00780,
      Stateville Correctional Center,
      Route 53
      P.O. Box 112
      Joliet, Illinois, 60434.

   PLEASE TAKE NOTICE that on Tuesday, April 1, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Ronald A. Guzman, who sits in Courtroom 1219, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION TO DISMISS, a copy of which is hereby served upon you.

March 26, 2008                          Respectfully submitted,
                                        LISA MADIGAN
                                        Attorney General of Illinois

                                        s/ Garson Fischer
                                        GARSON FISCHER, Bar #: 6286165
                                        Assistant Attorney General
                                        100 West Randolph Street, 12th Floor
                                        Chicago, Illinois 60601
              TELEPHONE:                (312) 814-2566
              FAX:                      (312) 814-2253
              E-MAIL:                   gfischer@atg.state.il.us

## NOTICE OF ELECTRONIC FILING

I hereby certify that on March 26, 2008, I electronically filed respondent's **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that on the same date I mailed by United States Postal Service the same to the following non-registered party:

Theodore Luczak, #B00780,
Stateville Correctional Center,
Route 53
P.O. Box 112
Joliet, Illinois, 60434.

|  |  |
|---|---|
| March 26, 2008 | Respectfully submitted, |
|  | LISA MADIGAN
Attorney General of Illinois |
|  | s/ Garson Fischer
GARSON FISCHER, Bar #: 6286165
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-2566
FAX: (312) 814-2253
E-MAIL: gfischer@atg.state.il.us |