IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 2 2008
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. ex rel., Theodore Luczak   ]
                                ]
         Petitioner,             ]
                                ]
                                ]
    .vs.                        ]  Case No. 07-C-6375
                                ]
                                ]
                                ]
Terry McCann. Warden,           ]  Honorable
                                ]  RONALD A. GUZMAN
         Respondent,            ]  Judge Presiding


NOTICE OF MOTION


To: Garson Fisher, Bar #:628615
    Assistant Attorney General
    100 West. Randolph Street, 12th Floor
    Chicago, Illinois 60601


   Please take notice that on April 25, 2008. I shall cause to be filed with the clerk of the above court; my Responce to the respondent's motion to dismiss, by placing it in the bars at the Stateville Correctional Center, Illinois 60434, with a request to the prison officials that the approprate postage be affixed thereto.


April 25, 2008                            Respectfully Submitted

                                          Theodore Luczak
                                          Theodore Luczak Pro-Se;
                                          Reg No. B-00780