Theodore Luczak
Reg No:B-00780
Stateville Correctional Center
Route 53. Post Office Box 112
Joliet, Illinois 60434

April 25, 2008.

**FILED**
MAY 2 2008
May 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Prisoner Correspondence
Office of
Clerk of the U.S. District Court
United States Court House
219 South. Dearborn Street
Chicago, Illinois 60604

RE: U.S. ex rel Theodore Luczak v. Terry McCann
    07-C-6375

**Dear Clerk:**
   Please find enclosed; one(1) original **Responce** to the respondent's motion to dismiss my habeas petition.
   Pleas be further advised; that due to the fact that the prison officials denial of allowing me access to the facilities law library, I am unable to serve the respondent's counsel, so at this time; I am requesting that you would please send a copy to the respondent.

   I thank you for your time and consideration in this matter, and I pray that you may be of some assistance in my request.

                                    Respectfully Submitted
                                    *Theodore Luczak*
                                    Theodore Luczak Pro-Se;
                                    Reg No:B-00780

c.c./filed.
T.L./t.l.
xc./encl.