**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Theodore Luczak
                Plaintiff,

v.                                       Case No.: 1:07−cv−06375
                                                    Honorable Ronald A. Guzman

Terry McCann
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman: Court construes Petitioner's response to motion to dismiss as another request for an extension of time to file a reply brief. The Court grants the request. Petitioner's reply is due on or before 6/10/08. No further requests for extensions will be granted.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.