Theodore Luczak
Reg No.#B-00780
STATEVILLE CORRECTIONAL CENTER
Route 53, Post Office Box 112

May 23, 2008.

**FILED**

MAY 2 9 2008

May 29, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

OFFICE OF THE
CLERK OF THE UNITED STATES DISTRICT COURT
*Prisoner Correspondence
UNITED STATES COURT HOUSE
219 South, Dearborn Street
Chicago, Illinois 60604

RE: Luczak v. Walker, et al., 07-C-3277  3722
    U.S. ex rel. Theodore Luczak v. Terry McCann., 1:07-cv-06375

Dear Clerk:

I am writing you this letter; in which to request a status on the recent documents that I have sent to your office to be filed; together with a request to have the extra copies stamped filed and returned to me for my records.

As of the drafting of this letter; I have not received any response from your office in relation to this matter, and the reason I am writing this letter so soon; is that I am undergoing some major problems with my out-going legal mail, as on May 21, 2008. Marsh Watt from the Cook County Public Defenders Office informed me of the problems that she is having with not receiving my mail to her.

I thak you for your time and consideration in this matter, and I pray that you may be of some assistance in my request for a status.

Respectfully Requested

Theodore Luczak Pro-Se;
Reg No.#B-00780

cc./filed.
T.L./t.l.