

```
                    Theodore Luczak
                    Reg No.#B-00780
              Stateville Correctional Center
              Route 53, Post Office Box 112
                  Joliet, Illinois 50434
```

July 03, 2008.

**FILED**

JUL 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Prisoner Correspondence
MICHAEL W. DOBBINS
Clerk of the U.S. District Court
UNITED STATES COURT HOUSE
@ 219 South, Dearborn Street
Chicago, Illinois 60604

RE: Luczak v. Walker, et al.,  / Luczak v. McCann, 07 C 6375 [Status]
    07-CV-3722


Dear Mr. Dobbins:
    I am sending you this letter; in which to request that you would address the court with the fact that, the Stateville Prisone officials are retaliating against me and are preventing me from obtaining any legal materials to send the court the documentation in support of my claim of retailiation. As of the the drafting of this letter; I have had to declare several **Hunger Strikes** seeking to be provided adequate access to the facilities law library and medical XXXXXXXXX attention. As you may see from the typing of this document, the prison officials are deliberately refusing to allow me any right to obtain another typing ribbon or correction ribbon or any typing paper to contact the courts. I currently have a Federal Habeas Corpus pending before the Honorable **Guzman 07 C 6375**, and I am unable to file any pleadings in relation to that matter.

    I thank you for your time and cooperation in this matter, and I pray that you may be of some assistance in my request.

                            /s/ THEODORE LUCZAK
                                Theodore Luczak **Pro-Se**;
                                Reg No. #B-00780

cc./filed.
T.L/t.l.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

### Grievance Officer's Report

Date Received: June 6, 2008   Date of Review: June 12, 2008   Grievance # (optional): 0869

Committed Person: Theodore Luczak   ID#: B00780

Nature of Grievance: Staff Conduct; Medical Tx

**Facts Reviewed:** Grievant alleges he has been denied medical treatment and subjected to retaliatory actions for requesting to get his teeth cleaned. Grievant states he has not gotten his teeth cleaned in over 18 (eighteen) months. Grievant states medical staff are deliberately passed over for care. Grievant states he shall declare a hunger strike on June 4, 2008 as a result.

Counselor Response:

****DEEMED AN EMERGENCY****

Upon further review from Grievance Office, finds this office contacted Dental staff, Dr. Mitchell, on 6-6-09 for a response and she requested information regarding the grievant's issues and she would review his claims. This office again called dental staff on 6-12-08, and states grievant was seen on 6-3-08 for a tooth extraction, grievant told dental staff, "no", that he was there only for a cleaning. Dental staff then looked at their logbook and saw that he was already on the waiting list for a cleaning, advised him that he is on the waiting list for a teeth cleaning, and sent him back to his assigned cell. Dental staff state they are currently working on November 2007 waiting list and when his turn comes, he will be sent over to the dental department for his teeth cleaning. This office contacted F-House unit and staff stated grievant has been taking his tray until lunch this day (6-12-08). On 6-12-08, F-House staff stated, grievant had just refused lunch from staff as he was speaking on the phone with this officer in regards to his hunger strike claims from lack of dental treatment. The staff stated they are currently starting the procedures for him to be declared as a hunger strike participant. When this office asked F-House staff why he went on hunger strike, this office was told grievant told F-House staff and states grievant was told by I.A. staff he would be taken out of segregation cell and placed back in population this week and it was nothing to do with being denied for medical treatment. Per OTS, grievant is listed as investigative status from 5-23-08 until 6-23-08. There appears to be no denial of medical treatment. This office is unable to substantiate staff misconduct.

This office does not possess the authority or the expertise to contradict medical recommendations/diagnosis.

**Recommendation:** Grievance is resolved.

Ami Workman
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 6-18-08   ☒ I concur   ☐ I do not concur   ☐ Remand

Comments:

T McCann
Chief Administrative Officer's Signature   6-18-08   Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Theodore Luczak
Committed Person's Signature   B-00780   June 23, 2008

***EMERGENCY GRIEVANCE***     F-237
ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

Date: June 03, 2008
Offender: Theodore Luczak
ID#: B-00780
Present Facility: Stateville Corr. Cent.
Facility where grievance issue occurred: Stateville Corr. Cent.

NATURE OF GRIEVANCE:

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
■ Staff Conduct  ☐ Dietary  ■ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify):

☐ Disciplinary Report: ___/___/___
Date of Report

Received Grievance Office JUN 06 2008
0869
Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: This grievant is requesting that the Chief Administrative Officer; to expedite this grievance as an EMERGENCY as this grievant is being denied adequate medical treatment and is further being subjected to retalitory actions for seeking adequate medical care.

For several months [18] this grievant has been requesting to get his teeth cleaned. On June 02, 2008. This grievant received a call pass for the health care unit for 8:00 am to get his teeth cleaned, but this grievant was not taken to the health care unit until 1:45 pm; and the medical staff deliberately kept passing over this grievant >>>>over>>

Relief Requested: To be provided adequate medical care

■ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Theodore Luczak_  B-00780  6/3/08
Offender's Signature  ID#  Date
(Continue on reverse side if necessary)

Counselor's Response (if applicable)

Date Received: ___/___/___  ☐ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

Print Counselor's Name  Counselor's Signature  Date of Response

EMERGENCY REVIEW

Date Received: 6/6/08  Is this determined to be of an emergency nature?  ☑ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_W. McCauley_  6/6/08
Chief Administrative Officer's Signature  Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

stating that "You are segergation and you can wate so we can get the general population inmates first". First; this grievant is not in seg-ergation but under investigation, and even if this grievant was in seg-ergation; how could he be denied the same care that a general population inmate receives due to a disciplinary action. Due to this fact; this grievant shall declare a HUNGER STRIKE on June 04, 2008.

This grievant is suffering with sores in his mouth because he has not had his teeth cleaned for over eighteen(18) months.

To: Mail Room

From: Theodore Luczak #B-00780
Unit F. #237

Subject: Outgoing Legal Mail

June 08, 2008.

To whom it may concern:
    I am writing you this letter, in which to request a copy of my outgoing legal mail card, as such document is currently needed to demonstrate to the Court, that I have timely filed my Motion in the Court.

    I thank you for your time and cooperation in this matter, and I pray that you may be of some assistance.

Respectfully Yours
*Theodore Luczak*
Theodore Luczak

cc./filed.
TL/t.l.

You need to attach a voucher

Thank You

Mailroom

A voucher is enclosed

TO: Mail Room

FROM: Theodore Luczak Reg No.#B-00780
Housing Unit X. LW-#06

SUBJECT: Legal Mail Card

June 18, 2008.

To whom it may concern:
    Please find enclosed; a signed mony voucher as you have requested for a copy of my outgoing legal mail card:

    I thank you for your time and consideration in this matter, and I pray that you may be of some assistance in my request.

Respectfully Yours

*Theodore Luczak*
Theodore Luczak
Reg No.#B-00780

cc./filed.
T.L./t.l.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # __TSF__                      Date __June 17, 2008__

Offender Name __T. Luczak__         ID# __B-00780__    Housing Unit __X-LW-06__

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of __one copy of my outgoing legal mail card__

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature __[signature]__            ID# __B-00780__

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and __75__ cents.

 __7/us 6/24__

Distribution: Business Office, Offender

Printed on Recycled Paper

(stamp markings: 25, 20, 75¢; DOC 0296)

F-237

TO: Terry McCann
    Chief Administrative Officer

FROM: Theodore Luczak Reg No.#B-00780
    Unit F. Cell #237

SUBJECT: Emergency Grievance

-June 03, 2008.

Dear Mr. McCann:

    Please find enclosed; an **Emergency Grievance** in relation to the fact that I am being subjected to retalitory actions at the hands of several of the staff members and possibly Administrative Members.

    Please take further notice; that on June 04, 2008. I am declaring a **HUNGER STRIKE** due to the above facts and the facts discribed within the grievance.

    I thank you for your time and consideration in this matter.

                           Respectfully Yours

                            *Theodore Luczak*
                            Theodore Luczak
                            Reg No.#B-00780

cc./filed.
T.L./t.l.

To: Terry McCann
Chief Administrative Officer

From: Theodore Luczak Reg No. B-00780
X-House. UW-#06

Ccannon

Subject: Legal Mail

April 30. 2008.

Dear Mr. McCann:
   I am writing you this letter; in which to bring to your attention, the fact that I am being denied to send out legal and or privileged mail to the following persons:

   Prisoners Rights Research Project
   University of Illinois College of Law
   504 East. Pennsyvania Ave.
   Chicago, Ill 61820

   Legal Assistance of Chicago
   Correctional Law Project
   343 South. Dearborn Street, Suite 700
   Chicago, Ill 60604

   The fact that I am being denied to write the above legal departments; is frustrating the process of my criminal appeal, as I am attempting to obtain some legal assistance from the above two departments for a claim of actual innocence. So at this time, I would like to know if you would consider investigating this matter; as I am attempting to resolve this matter other than filing a grievance.

   I thank you for your time and consideration in this matter, and I pray that you may be of some assistance in my request.

                                         Respectfully Yours
                                         Theodore Luczak
                                         Theodore Luczak
                                         Reg No. B-00780

cc./filed.
T.L./T.L.



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Stateville Correctional Center / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3607 / TDD: (800) 526-0844

To:   Luczak B00780 C-446

May 8, 2008

Re:   correspondence

From: Counselor C. Cannon
      Correctional Counselor II—Unit C
      Publication Review Committee Chairman

Your letter (enclosed) was forwarded to me for handling.

You are not being denied the right to correspond with the groups you mention in your letter. If, however, you are referring to being denied the ability to send the mail postage-free, that is another matter.

Legal mail (postage paid by Stateville) is for registered attorneys and Clerk of the Court.

The groups you mention do not fall under either category.

I understand your financial predicament (Trust Fund audit enclosed) but am unable to help.