IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 1 5 2008
Jul 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. ex rel. Theodore Luczak    ]
                                ]
          Petitioner,            ]
                                ]
                                ]
     .vs.                        ]  Case No: 07-C-6375
                                ]  07cv6375
                                ]
Terry McCann                     ]  Honorable
                                ]  Ronald A. Guzman
          Respondent,            ]  Judge Presiding


### REQUEST FOR A STATUS

Now comes petitioner, **Theodore Luczak**, pro-se; and respectfully moves this Honorable Court, pursuant to the required District Court Rule allowing this petitioner his right to a **Status** on the above cause of action.

Respectfully Requested

*Theodore Luczak*

Theodore Luczak **Pro-Se**;
Reg No.#B-00780
Stateville Correctional Center
Route 53. Post Office Box 112
Joliet, Illinois 60434

```
                    Theodore Luczak
                    Reg No:#B-00780
                Stateville Correctional Center
                 Route 53. Post Office Box 112
                    Joliet, Illinois 60434
```

July 11, 2008.

**\*Prisoner Correspondence**
MICHAEL W. DOBBINS
         Clerk
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 South. Dearborn Street
Chicago, Illinois 60604

RE:  <u>U.S. ex rel. Theodore Luczak v. Terry McCann</u>,
     <u>07-C-6375</u>

**Dear Clerk:**
      Please find enclosed; one(1) original **Request For A Status**, that I am requesting that you file with the court for a ruling.

      I thank you for your time and consideration in this matter, and I pray that you may be of some assistance in my request.

                                        Respectfully Yours

                                        /s/ Theodore Luczak
                                        Theodore Luczak <u>Pro-Se</u>;
                                        Reg No.#B-00780

cc./filed.
T.L./t.l.