MHW

Theodore Luczak
Reg No:#B-00780
Stateville Correctional Center
Route 53. Post Office Box 112
Joliet, Illinois 60434

07CV6375

July 24, 2008.

FILED
7-29-2008
JUL 2 9 2008 mB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Honorable Ronald A. Guzman
United States District Court Judge
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 South. Dearborn Street
Chicago, illinois 60604

RE: <u>U.S. ex rel. Theodore Luczak v. Terry McCann Warden.,
    Case No: 07-cv-6375</u>

**Dear Honorable Guzman:**
   Please accept this letter; as an Ex Parte Communication, due to the fact that I am unaware of how to file a motion/petition in relation to the following problem and/or violation of the Rules of Federal Habeas Corpus.
   Pursuant to the Rules of Federal Habeas Corpus, the respondent **Terry McCann**, is prohibited from transfering me to any other facility without the **Order** of the judge presiding over my Writ Of Habeas Corpus. At this time; the respondent is attempting to place me on transfer to another facility, and I have a Petition currently pending before you, so at this time; I am requesting that you may invoke your Authority and order that I shall remain at the Stateville Correctional Center.

   I thank you for your time and consideration in this matter, and I pray that you may be of some assistance in my request.

                                                    Respectfully Yours
                                                    Theodore Luczak Pro-Se;
                                                    Reg No:#B-00780

cc./filed.
T.L./t.l.