

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

United States of America ex re. Theodore Luczak   )
                                       Petitioner,   )
                                              )  AUG 1 8 2008

                                             )  MICHAEL W. DOBBINS
                                             )  CLERK, U.S. DISTRICT COURT
                                             ) Case No: 07C 6375
              -vs-               )
                                             )
Terry McCann, Warden.              ) Honorable
                                             ) RONALD GUZMAN
                    Respondent,     ) Judge Presiding

### NOTICE OF STATUS

TO: Garson Fisher, bar #628615
    Assistant Attorney General
    100 West. Randolph Stree - 12th Floor
    Chicago, Illinois 60601

      Please take **Notice** that on August 13, 2008. I shall cause to be filed with the Clerk of the above Court, a **Request For A Status**, by placing the same in the bars at the Stateville Correctional Center. joliet, Illinois 60434, together with a request to the prison officials to affix thereto; the proper postage, a copy of which is attached hereto and herewith served upon you.

Pursuant to Title 28 USC §1746 or 735 ILCS §5/1-109. I declare under penalty of perjury, that I am a named party in the above cause of action, and that I have read the staements contained therein, and the attached documents, and that the information contained therein is true and correct in substance and in fact; to the best of my knowledge.

                                                             /s/ _Theodore Luczak_
                                                         Theodore Luczak (Pro-Se;
                                                         Reg No:#B-00780

```
                    IN THE
        UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF ILLINOIS
              EASTERN DIVISION
```

**FILED**

United States of America ex rel Theodore Luczak  )
                    Petitioner,  )
                                       )

AUG 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

        -vs-  )  Case No: 07C 6375

Terry McCann, Warden,  ) Honorable
                                 ) RONALD GUZMAN
                Respondent,  ) Judge Presiding

### REQUEST FOR A STATUS

    Now comes petitioner, **Theodore Luczak, pro-se**; and respectfully moves this Honorable Court, with a **Request For A Status**, on the above-entitled cause of action, as this petitioner has not received any notice of any **Holdings** and/or **Rulings** in this matter; for over thirty(30) days, and the petitioner would not like to miss any Court Dead•Lines in relation to this matter.

                                        Respectfully Requested

                                        */s/ Theodore Luczak*
                                        Theodore Luczak Pro-Se;
                                        Reg No:#B-00780
                                        Stateville Correctional Center
                                        Route 53. Post Office Box 112
                                        Joliet, Illinois 60434